'UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRONX COUNTY PUBLIC ADMINISTRATOR AS :
ADMINISTRATOR OF THE ESTATE OF JOSE :
MEJIA MARTINEZ.,                    :       23-CV-4882 (GHW) (OTW)
                                    :
         Plaintiff,                 :       **ORDER**
                                    :
         -against-                   :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
         Defendants.                :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this case on June 26, 2024.

As ordered on the record at the conference:

- The depositions of Defendants Smith, Padilla, Hernandez, and Dixon shall be scheduled by **July 19, 2024**. The parties are directed to proceed with document production as ordered on the record at the June 26 conference.

- In their next joint monthly status letter on **July 26, 2024**, the parties shall inform the Court of the schedule for the above-mentioned depositions, as well as the progress of the other outstanding discovery topics discussed at the June 26 conference. Joint monthly status letters shall resume on the last business Friday of each month thereafter.

- The deadline for completion of fact discovery is hereby **extended *nunc pro tunc*** to **September 27, 2024**, without prejudice to further extensions as necessary.

**SO ORDERED.**

Dated: June 26, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge