UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BRONX COUNTY PUBLIC ADMINISTRATOR AS :
ADMINISTRATOR OF THE ESTATE OF JOSE :
MEJIA MARTINEZ.,                     :     23-CV-4882 (GHW) (OTW)
                                     :
            Plaintiff,               :     **ORDER**
                                     :
        -against-                    :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
            Defendants.              :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 47, 48, and 49. Plaintiff's letter motion to compel, to impose sanctions on Defendants, and to schedule a pre-motion conference (ECF 47) is **DENIED**.

Defendants' letter motion for an extension of time to report on the status of the OSI investigation (ECF 49) is **GRANTED**. Discovery is hereby **STAYED** until **September 6, 2024**. Defendants are directed to file a status letter on the docket updating the Court and the Plaintiff as to the status of the ongoing OSI investigation by **September 6, 2024**.

Defendants' letter motion for an extension of time to file a response (ECF 48) is **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF Nos. 47, 48, and 49.

**SO ORDERED.**

Dated: August 22, 2024           _s/ Ona T. Wang_
       New York, New York        **Ona T. Wang**
                                 United States Magistrate Judge