**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BRONX COUNTY PUBLIC ADMINISTRATOR AS
ADMINISTRATOR OF THE ESTATE OF JOSE
MEJIA MARTINEZ,

             Plaintiff,

             -against-

THE CITY OF NEW YORK, et al.,

             Defendants.

------------------------------------------------------------x

23-cv-4882 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, October 16, 2024 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated: September 18, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge