UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

                :

BRONX COUNTY PUBLIC          :
ADMINISTRATOR AS ADMINISTRATOR  :
OF THE ESTATE OF JOSE MEJIA     :
MARTINEZ,              :

               :

          Plaintiff,  :

               :

     -against-       :

               :

THE CITY OF NEW YORK, *et al.*,    :

               :

       Defendants. :

               :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/19/2026

1:23-cv-4882-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to jurisdiction by the Magistrate Judge over the motion for approval of a compromise.  Dkt. No. 90.

If both parties consent to proceed before the Magistrate Judge for these motions, counsel for the defendant must, **within two weeks of the date of this order** file on ECF a fully executed Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form, available at https://www.uscourts.gov/sites/default/files/ao085a.pdf.  The executed form should be filed on ECF as a "Proposed Consent to Magistrate Judge Disposition of Motion," and be described using the "Proposed Consent to Magistrate Judge Disposition of Motion" filing event in accordance with ECF Rule 13.27.  If the Court approves that form, all further proceedings regarding the motion for approval of compromise filed at Dkt. No. 90 will then be conducted before the assigned Magistrate Judge rather than before me.  Any appeal from any ruling by the assigned Magistrate Judge on the pending motions for attorneys' fees would be taken directly to the United States Court of Appeals

for the Second Circuit, as it would be if the consent form were not signed and so ordered.

If either party does not so consent, the parties must file a joint letter, **within two weeks of the date of this order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: April 19, 2026

_____
GREGORY H. WOODS
United States District Judge

2