UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRONX COUNTY PUBLIC ADMINISTRATOR as Administrator of the Estate of JOSE MEJIA MARTINEZ,<br><br>*Plaintiff*,<br><br>-against-<br><br>THE CITY OF NEW YORK, CORRECTION OFFICER JONATHAN PADILLA, CORRECTION OFFICER SHAKEA SMITH, CORRECTION OFFICER LUIS HERNANDEZ, and CORRECTION OFFICER JASON DIXON,<br><br>*Defendants*. | No. 23-cv-04882 (~~GHW~~) (OTW)<br><br>**[~~PROPOSED~~] ORDER OF COMPROMISE** |

**WHEREAS**, Plaintiff Bronx County Public Administrator, as Administrator of the Estate of Jose Mejia Martinez, commenced the above-captioned action on June 9, 2023 (the "Action").

**WHEREAS**, the parties have agreed to settle the claims in the Action, including Plaintiff's claim for attorneys' fees and costs, for $2,700,000.00.

**WHEREAS**, the parties have entered into a Stipulation of Settlement, *see* Dkt. 88; and

**WHEREAS**, pursuant to N.Y. Estate, Powers & Trusts Law § 5–4.6, Plaintiff has requested that this Court approve the settlement as well as Plaintiff's counsel's attorneys' fees and costs.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that

1.      The settlement to resolve this action in the amount of $2,700,000.00 is approved and deemed adequate and reasonable, and Plaintiff Bronx County Public Administrator, as Administrator of the Estate of Jose Mejia Martinez, is authorized to settle and discontinue the claims and causes of action of the Estate against the Defendants in this Action.

1

2.     Defendants shall remit payment to "Emery Celli Brinckerhoff Abady Ward & Maazel LLP as Attorneys for Bronx County Public Administrator, Administrator of the Estate of Jose Mejia Martinez," in the amount of $2,700,000.00 (the "Settlement Amount").

3.     Plaintiff's counsel shall deposit the Settlement Amount in an interest-bearing escrow account (the "Account").

4.     Of the Settlement Amount, $927,507.63 is approved as attorneys' fees and costs, including $747,999.99 for attorneys' fees and $26,507.72 for costs to Plaintiff's counsel at Emery Celli Brinckerhoff Abady Ward & Maazel LLP and $162,000.00 to Plaintiff's counsel at Velella & Basso, for services to the Plaintiff.

5.     To the extent not already paid, Emery Celli Brinckerhoff Abady Ward & Maazel LLP shall pay from the Account all due and payable expenses, excluding attorneys' fees, approved by the Court.

6.     All attorneys' fees and costs approved by this Court for the prosecution of this Action for wrongful act, neglect, or default, inclusive of all disbursements, shall be immediately payable from the Settlement Amount upon submission to this Court of proof of filing a petition for allocation and distribution in the Bronx County Surrogate's Court on behalf of the Estate of Jose Mejia Martinez.

7.    Emery Celli Brinckerhoff Abady Ward & Maazel LLP shall continue to serve as attorneys for the Estate until the entry of a final decree in the Surrogate' Court.

Dated:    June 18, 2026
_____
New York, New York

SO ORDERED:

Ona T. Wang
U.S.M.J.

3